# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 9, 2013

No. 12-20449

Lyle W. Cayce
Clerk

In the Matter of:  SOLANO WELL SERVICES, L.L.C.; PACKARD GAS COMPANY, formerly known as Amco Oil Company; AMCO ENERGY, INCORPORATED, formerly known as Capco Offshore, Incorporated; CAPCO OPERATING CORPORATION; CAPCO ASSET MANAGEMENT, INCORPORATED; CAPCO ENERGY, INCORPORATED, formerly known as Amco Petroleum, Incorporated,

                                                            Debtors

------------------------------------------------------------------------

VICTOR E. HARRIS,

                                                            Appellee

v.

PYRAMID GOM, INCORPORATED; ILYAS CHAUDHARY,

                                                            Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-1572

Before JOLLY, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

        The appeal is reinstated and the judgment of the district court is AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.